IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE LEE CONNER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-511-WS-MU |
| | ) | |
| KENNETH PETERS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION TO WITHDRAW

COMES NOW Matthew Clark, counsel for WILLIE LEE CONNER, and files this motion to withdraw as Conner's counsel. In support of this motion, Clark shows the following:

1. Clark has accepted an offer of employment with another legal nonprofit organization.

2. Clark's representation agreement with Conner states that his representation would cease if he ceased to be employed by the Foundation for Moral Law.

3. The Hon. Roy S. Moore will continue to represent Conner after Clark withdraws.

WHEREFORE, premises considered, Clark requests that he be allowed to withdraw as counsel for Willie Lee Conner.

RESPECTFULLY SUBMITTED this 9th day of March, 2021.

>   /s/ Matthew J. Clark
>   Matthew J. Clark
>   Attorney for Willie Lee Conner
>   Foundation for Moral Law
>   P.O. Box 4086
>   Montgomery, AL 36103
>   Tel.: 334-262-1245
>   Fax: 334-262-1708
>   matt@morallaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2021, I electronically filed the foregoing (including the attached exhibit) with the Clerk of the Court, using the CM/ECF system, and I hereby certify that the State's attorney, Ms. Kristi Wilkerson, will be served the foregoing (including the attached exhibit) via the CM/ECF system at the following email addresses: kristi.wilkerson@alabamaag.gov; docketroom@ago.state.al.us.

>*/s/ Matthew J. Clark*
>Matthew J. Clark
>Attorney for Willie Lee Conner