## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| WILLIE LEE CONNER, <br> # 247934, <br><br>    Petitioner, <br><br> v. <br><br> KENNETH PETERS, <br><br>    Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION NO. 20-0511-WS-MU <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE** this 18th day of August, 2021.

                  s/William H. Steele
                  UNITED STATES DISTRICT JUDGE